No. 00–9390. IN RE BOWEN; and

No. 00–9392. IN RE REED. Petitions for writs of mandamus and/or prohibition denied.

No. 00–896. O'BRIEN v. UNITED STATES; and

No. 00–997. SCHMIDT ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 229 F. 3d 1148.

No. 00–1277. ILLINOIS STATE UNIVERSITY ET AL. v. VARNER ET AL. C. A. 7th Cir. Certiorari denied.

No. 00–1412. RAYMOND, DBA MORNINGSTAR CONSULTANTS, ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 00–1459. SOUTHWEST MARINE, INC. v. SAN DIEGO BAY KEEPER ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–1528. KAYNE ET AL. v. MTC ELECTRONIC TECHNOLOGIES CO., LTD., ET AL. C. A. 2d Cir. Certiorari denied.

No. 00–1530. KIRCHMANN v. LAKE ELSINORE UNIFIED SCHOOL DISTRICT. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 00–1536. WILLIAMS ET AL. v. GLEASON ET AL. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 00–1540. JORDAN v. TOYOTA MOTOR CREDIT CORP. C. A. 7th Cir. Certiorari denied.

No. 00–1544. TRINITY MARINE GROUP, INC., ET AL. v. E. N. BISSO & SON, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–1554. RHEM, PERSONAL REPRESENTATIVE AND ADMINISTRATOR OF THE ESTATE OF RHEM, DECEASED, ET AL. v.